# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2021

Bridget M. McCormack,
Chief Justice

163098(30)

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

MELBURN K. CARPENTER,
      Plaintiff-Appellant,

v

SC: 163098
COA: 355721
Kent CC: 17-002216-CH

HUNTINGTON NATIONAL BANK,
      Defendant-Appellee.
_____/

      On order of the Chief Justice, the motion of plaintiff-appellant to waive the filing fees is GRANTED as to this case only.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2021

Clerk